IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLEN STEFANTIS, PETE MARTINEZ, and DAVID DEFINA, <br>     Plaintiffs, <br> <br> v. <br> <br> OFFICERS J. GIBBELINA STAR #4506, M. HAMIDEH STAR #13312, and THE CITY OF CHICAGO, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 07 C 2827 <br> ) <br> ) <br> ) Judge Marvin Aspen <br> ) <br> ) Jury Demand |

## NOTICE OF MOTION

TO:   See Attached Service List

    PLEASE TAKE NOTICE that on July 22, 2008, I shall appear before the Honorable Judge Marvin E. Aspen, in Room 2568 at 219 S. Dearborn, Chicago, Illinois, at 10:30 a.m., and then and there present the attached ***MOTION TO AMEND COMPLAINT BY SUBSTITUTING IN AMANDA MARTINEZ FOR HER DECEASED FATHER PETER MARTINEZ.***

                                                          S/ Thomas Peters
                                                          THOMAS PETERS
                                                          KEVIN PETERS
                                                          ATTORNEY FOR PLAINTIFFS
                                                          407 S. Dearborn, Suite 1675
                                                          Chicago, IL 60605
                                                          3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 16th day of July, 2008.

                                                         S/ Thomas Peters

## SERVICE LIST

Gail Reich
Corporation Counsel
30 N. LaSalle St., Suite 1400
Chicago, IL 60602

George Yamin
Corporation Counsel
30 N. LaSalle St., Suite 1020
Chicago, IL 60602